## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: NICOLAS DIAZ  (J) #55383-004  CASE NO: 00-4154-SNOW
AUSA: BRUCE BROWN  *pres*  ATTY:
AGENT:  VIOL: PWID COCAINE
PROCEEDING I/A ON COMPLAINT  RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no  COUNSEL APPOINTED
___ BOND SET @
___ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS  x's a wk/month by phone;  x's a wk/month in person
3) Travel extended to:

Advised of Charges - to retain counsel

(Circle One)
Interpreter Requested
No Interpreter
Not Known
(Specify Language)

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 6/27  //  LSS
                        PTD/BOND HRG:       6/29  10:30  LSS
                        PRELIM/ARRAIGN:     7-10  //  BSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 6/26/00  Time 11:00  FTL/LSS TAPE #00- 034  Begin: 2484  End: 2900

FILED by _____ D.C.
JUN 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1/3