UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55383-004

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR 00-4154-SNOW
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION

NICOLAS DIAZ-DUQUE
Defendant

TO: Clerk's Office     MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. District Court              (circle one)

FILED by __ D.C.
JUN 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6-26-00        am/pm
(2) Language Spoken: SPANISH
(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown
(5) Date of Birth: 9-10-65

(6) Type of Charging Document: (check one)
[ ] Indictment  [ ] Complaint  To be filed/Already filed
Case# _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SD/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____
(10) Agency: _____ (11) Phone: _____
(12) Comments: _____