## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: NICHOLAS DIAZ  (J)      CASE NO: 00-4154-SNOW

AUSA: BRUCE BROWN      ATTY:

AGENT:      VIOL:

FILED by _____ D.C.
JUN 2 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

PROCEEDING INQUIRY RE COUNSEL      RECOMMENDED BOND

BOND HEARING HELD - yes/no      COUNSEL APPOINTED

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person

3) Travel extended to:

— Family still contacting attorney.

(Circle One)
Interpreter Requested
No Interpreter
Not Known
_____
Spanish Language

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL: July 29, 2000 @ 11:00

     PTD/BOND HRG:

     PRELIM/ARRAIGN:

     REMOVAL HRG:

     STATUS CONF:

Date: 6/27/00   Time 11:00   FTL/LSS TAPE #00- 635   Begin: _____   End: _____

