BB:as

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6183**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
18 U.S.C. § 2

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| COLLEEN E. MEDINA | ) |
| NICHOLAS D. DIAZ | ) |
| and | ) |
| JOHNNY HURTADO | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 24, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**COLLEEN E. MEDINA,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, in excess of 500 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.



### COUNT TWO

On or about June 24, 2000, at Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**COLLEEN E. MEDINA,
NICHOLAS D. DIAZ,
and
JOHNNY HURTADO,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, in excess of 500 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### COUNT THREE

On or about June 24, 2000, in Palm Beach County, in the Southern District of Florida, the defendants,

**NICHOLAS D. DIAZ
and
JOHNNY HURTADO,**

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, in excess of 500 grams of a mixture and substance containing a

detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

_Leonard Poth_

FOREPERSON


GUY A. LEWIS
UNITED STATES ATTORNEY


BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

COLLEEN E. MEDINA, et al.

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Court Division:** (Select One)

___ Miami     ___ Key West
_X_ FTL       ___ WPB     ___ FTP

**Superseding Case Information:**
New Defendant(s)      Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect ___English___

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   I    0 to 5 days      _X_      Petty       ___
   II   6 to 10 days     ___      Minor       ___
   III  11 to 20 days    ___      Misdem.     ___
   IV   21 to 60 days    ___      Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___Yes___
   If yes:
   Magistrate Case No. _00-4154-SNOW_
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of _6/24/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___Yes _x_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

\*Penalty Sheet(s) attached                                   REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: COLLEEN E. MEDINA          No.:

Count # 1:

Possession with intent to distribute cocaine; in violation of 21 U.S.C. § 841(a)(1)

*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine

Count # 2:

Conspiracy to possess with intent to distribute a cocaine;

in violation of 21 U.S.C. § 841(a)(1) and 846

*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: NICHOLAS D. DIAZ              No.:_____

Count # 2:

Conspiracy to possess with intent to distribute a cocaine; in violation of 21 U.S.C. § 841(a)(1) and 846

*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine


Count 3 # :

Attempted possession with intent to distribute cocaine;

in violation of 21 U.S.C. § 841(a)(1) and 846

*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine


Count # :

_____

*Max Penalty: _____


Count #:

_____

*Max Penalty: _____


Count # :

_____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: JOHNNY HURTADO          No.: _____

Count # 2:

Conspiracy to possess with intent to distribute a cocaine; in violation of 21 U.S.C. § 841(a)(1) and 846

*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine


Count 3 # :

Attempted possession with intent to distribute cocaine;

in violation of 21 U.S.C. § 841(a)(1) and 846

*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine


Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96