

# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: NICHOLAS DIAZ (J)          CASE NO: 00-6183-cr-WPD ~~00-4154-SNOW~~

AUSA: BRUCE BROWN          ATTY: 

AGENT:          VIOL:

PROCEEDING: INQ RE CNSL/PTD HEARING          RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no          COUNSEL APPOINTED:

BOND SET @:          To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

5 days for PTD waived so deft can contact an attorney

(Circle One)
~~Interpreter Required~~
No Interpreter
Not Known
Spanish
(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 7-3 | 11 | BSS | |
| PTD/BOND HEARING: | to be set | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 6/29/00   TIME: 10:30 A.M.   FTL/LSS TAPE # 00 - 036   Begin: 2149   End: 2553

