UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6183-CR Dimitrouleas

UNITED STATES OF AMERICA,  :

v.  :                    **NOTICE OF PERMANENT**
                         **APPEARANCE AS COUNSEL**
    :                    **OF RECORD**

Nicolas Diaz    :

COMES NOW _Scott Suskauer_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 7/2/00

Attorney _Scott Suskauer_
Address _1601 Forum Place #1200_
City _West Palm Bch_ State _FL_ Zip _33401_
Telephone _561 687 7866_
Florida Bar No. _0776475_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

X _Nicolas Diaz 7/02-_

