DEFT: Nicholas Diaz (J)#  CASE NO: 00-6183-CR-Dimitrouleas
~~00-4154-155~~

AUSA: Bruce Brown /Jeff Kay  ATTNY: Atty. Fiskenhower — may be late — present

AGENT: ____  VIOL: ____

PROCEEDING: Inquiry re Counsel / Possible Arraignment  BOND REC: ____

FILED by ___ D.C.
JUL 3 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD — (yes)/no   COUNSEL APPOINTED: ____

BOND SET @ $50,000 Corp. Surety

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

1) Do not violate any law. ✓
2) Appear in court as directed. ✓
3) Surrender and/or do not obtain passports/travel documents ✓ — in West Palm Beach
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary. ✓
6) Maintain or seek full-time employment. ✓
7) Maintain or begin an educational program. ✓
8) No contact with victims/witnesses. ✓
9) No firearms. ✓
10) Curfew: ____
11) Travel extended to SD/FL ✓
12) ____ Halfway House
____ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

A-sworn
reading of indictment waived
(illegible)

(Circle One)
Interpreter Requested
No Interpreter
Not Known
Spanish
(Specify Language)

NEXT COURT APPEARANCE: DATE: ____ TIME: ____ JUDGE: ____

INQUIRY RE COUNSEL: ____
PTD/BOND REXXXXXX: to be set
PRELIM/ARRAIGN. OR REMOVAL: ____
STATUS CONFERENCE: 7-18-00   11:00am   LSS

DATE: 7-3-00   TIME: 11:00am   TAPE # 00-052/053  PG # 6

2799-2918
recalled 00-052
3186-3700

00-053
1 - N/