

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6183-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Nicholas Diaz

**ARRAIGNMENT INFORMATION SHEET**

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 7-3-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: In Custody

Telephone: _____

DEFENSE COUNSEL: Name: Atty. Fiskenhower

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ 50,000 Corporate Surety

Bond hearing held: yes  X   no ___   Bond hearing set for _____

Dated this  3  day of  July , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00- 052/053

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services