UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6183-CR-DIMITROULEAS
   Plaintiff

vs.

COLLEEN E. MEDINA   **MOTION FOR CONTINUANCE**
NICHOLAS D. DIAZ
JOHNNY HURTADO,

   Defendants.
_____/

**COMES NOW** the Defendant, NICHOLAS DIAZ, by and through undersigned counsel, and hereby moves to a continuance of this matter currently set for calendar call on August 4, 2000. As grounds therefore, counsel states the following:

1. Undersigned counsel has an annual vacation set from August 3 to August 12, 2000. Counsel and his family have pre-paid non-refundable plane tickets and hotel accommodations for this vacation.

2. AUSA, Bruce Brown, as well as defense counsel for both co-defendants have no objection to this motion.

3. This calendar call is currently set 30 days after the July 3rd arraignment on this matter.

4. The defendants will waive speedy trial rights pursuant to this motion.

For these and other grounds to be argued ore tenus the Defendant respectfully requests the granting of this motion.



**The Suskauer Law Firm**
**1601 Forum Place, Suite 1200, West Palm Beach 33401**
**(561) 687-7866      Fax: (561) 688-0581**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 11th day of July, 2000 to: Bruce Brown, AUSA, 500 E. Broward Blvd., #700, Ft. Lauderdale, Florida 33394; Martin Bidwill, Fed. Public Defender's Office, 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301 and James Eisenberg, 250 Australian Avenue South, West Palm Beach, Florida 33401.

Respectfully submitted,

The Suskauer Law Firm
1601 Forum Place, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 687-7866

SCOTT I. SUSKAUER, ESQUIRE
Florida Bar No. 0776475