UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6183-CR-DIMITROULEAS

Plaintiff,

vs.

NICHOLAS DIAZ,

Defendant.
_____/

### ORDER DENYING CONTINUANCE WITHOUT PREJUDICE
### AND RESETTING CALENDAR CALL

THIS CAUSE having been heard upon Defendant's July 12, 2000 Motion For Continuance [1], said motion is DENIED without prejudice to renew at the Calendar Call which is reset for Defendant Diaz to August 2, 2000 at 1:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Bruce Brown, AUSA
Scott Suskauer, Esquire
1601 Forum Place
West Palm Beach, FL 33401

---

[1] The Court notes Defendant's non-compliance with S.D. Florida Local Rule 7.1.A(2) in that Defendant failed to include a proposed order.

