**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6183-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

NICHOLAS DIAZ,

        Defendant.
_____/

## NOTICE OF UNAVAILABILITY

Undersigned counsel respectfully advises this Court that he will be out of the district from August 4th through August 12th, 2000. My ticket has been purchased and is non-refundable. The two-week trial calendar for the above-styled case commences on August 7, 2000. Except for the undersigned counsel's travel plans, the government is ready for trial. Undersigned counsel respectfully requests that this case be set for the second week of the trial calendar, August 14, 2000.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____

        BRUCE O. BROWN
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 999490
        500 East Broward Boulevard, Suite 700
        Fort Lauderdale, FL 33394
        TEL: (954) 356-7255 ext. 3508
        FAX: (954)356-7336



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. mail this 31st day of July, 2000 to: Scott Suskauer, 1601 Forum Place, West Palm Beach, FL 33401.

Bruce O. Brown
Assistant United States Attorney

2