**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

*[FILED AUG 2 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]*

CASE NUMBER: 00-6183-CR-WPD   DATE: 8/2/00
COURTROOM CLERK: ~~Karen A. Carlton~~ Deloris McIntosh   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Nicholas D. Diaz (B)

U.S. ATTORNEY: Bruce Brown   DEFT. COUNSEL: Scott Suskauer

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion for Continuance granted

JUDGMENT: _____

CASE CONTINUED TO: 9/1/00   TIME: 9:00   FOR: Calendar Call

MISC: _____

