UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.

AUG 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,
Plaintiff,

CASE NO. 00-6183-CR-DIMITROULEAS

vs.

NICHOLAS D. DIAZ
Defendant

**ORDER GRANTING CONTINUANCE**

_____/

This matter having come before the Court on August 2,, 2000 on the Defendant's Motion To Continue Trial Date. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing September 5, 2000, at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **COUNSEL AND DEFENDANT** shall report to a **Calendar Call** on **September 1, 2000 at 9:00** A.M. o'clock;

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial

DONE AND ORDERED this ___2___ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida



cc: Bruce Brown, AUSA
    Scott Suskauer, Esq.