**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6183-CR-WPD   DATE: September 1, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS. Nicholas Diaz

U.S. ATTORNEY: Bruce Brown   DEFT. COUNSEL: Scott Suskauer

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to Enter Guilty plea to Count 2. Gvr agrees to Dismiss Count 3 @ time of Sentencing. Court accepts Guilty Plea

CASE CONTINUED TO: 11/20/00   TIME: 1:00   FOR: Sentencing
MISC: Written Plea Agreement filed.

