**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6183-CR-WPD   DATE: 11/20/00
COURTROOM CLERK: ~~Karen A. Carlton~~ DeloRis McIntosh   COURT REPORTER: Bob Ryckoff
PROBATION: Tracy Webb   INTERPRETER: Spanish
UNITED STATES OF AMERICA   vs.   Nicholas D. Diaz
U.S. ATTORNEY: Bruce Brown   DEFT. COUNSEL: Scott Suskauer

REASON FOR HEARING: Sentencing

RESULT OF HEARING: 37 months BOP, 3 years supervised Release, $100 special assessment, Special Condition: No Re-entry if Deported. 10 Days to Appeal; defendant Remanded to custody

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: _____

