UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff

vs.

NICHOLAS D. DIAZ
    Defendant.

_____/

CASE NO.: 00-6183-CR-
DIMITROULEAS

### MOTION FOR JUDICIAL RECOMMENDATION FOR IMPRISONMENT WITHIN SOUTH FLORIDA

**COMES NOW** the Defendant, NICHOLAS DIAZ, by and through

undersigned counsel, and hereby asks the court for a

recommendation to the Bureau of Prisons that the Defendant be

imprisoned within the South Florida area. As grounds therefore

the Defendant states:

1.     This Court sentenced the Defendant to 37 months prison

   on November 20, 2000.

2.     The Defendant's pregnant wife and child live in Palm

   Beach County.

3.     Assistant U.S. Attorney, Bruce O. Brown, has not

   indicated a position.

4.     The Defendant is aware that a judicial recommendation

   is not binding on the Bureau of Prisons.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the



foregoing was mailed this 22nd day of November, 2000 to:     Bruce

O. Brown, AUSA, 500 E. Broward Blvd., #700, Ft. Lauderdale,

Florida 33394.

                              Respectfully submitted,

                              The Suskauer Law Firm
                              1601 Forum Place, Suite 1200
                              West Palm Beach, Florida 33401
                              Telephone:  (561) 687-7866



                              _____
                              SCOTT I. SUSKAUER, ESQUIRE
                              Florida Bar No.  0776475