UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6183-CR-DIMITROULEAS

    Plaintiff,

vs.

NICHOLAS D. DIAZ,

    Defendant.

_____/

## ORDER RECOMMENDING SOUTH FLORIDA FACILITY

THIS CAUSE having come before this Court on Defendant's November 24, 2000 Motion

For Judicial Recommendation for Imprisonment within South Florida, and the Court noting that

no proposed order, as required by Local Rule 7.1A2 was provided, nevertheless, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby GRANTED, and

the Court recommends a South Florida facility.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Scott Suskauer, Esquire
1601 Forum Place, #1200
West Palm Beach, FL 33401

Bruce Brown, AUSA

